# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

BENJAMIN MOUA,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

Case No.  1:15-cv-01702-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

   Plaintiff Benjamin Moua filed a complaint on November 9, 2015, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

  2. The Clerk of Court is DIRECTED to issue a summons; and

  3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

  Dated: **November 12, 2015**     **/s/ Sheila K. Oberto**
               UNITED STATES MAGISTRATE JUDGE